FILED

10/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0523

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Cause No. DA 24-0523**

MONTANA DEMOCRATIC PARTY,

Plaintiff and Appellant,

v.

STATE OF MONTANA and CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,

Defendants and Appellants.

## ORDER TO DISMISS

The Plaintiff and Appellant, Montana Democratic Party, moved to voluntarily dismiss this appeal, pursuant to Rule 16(4) of the Montana Rules of Appellate Procedure. The Defendants and Intervenor do not object. For good cause appearing, it is hereby ordered that the motion is GRANTED. This appeal shall be DISMISSED, each party to bear its own costs and fees. The Clerk of the Supreme Court is respectfully directed to close the file and return the record to the Clerk of the First Judicial District Court.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 3 2024